In the Name of ALLAH

'17-CV-03160 2/28/17 1/2

Motion to Strike Trump Bureau of Prison for his Psychological Torture in Solitary Detention (PTSD)

I want to be heard by your Court, Judge Hegarty

I want the assistance of J Well Dixon Esq of the Centre of Constitutional Rights, 666 Broadway 7th Floor, New York, NY 10012

To Cover up the Saudi Bunce Turki Al Faisal & and CIA/FBI Frank Pelligrino, Trump DOJ/BOP Try to Break Me Psychologically for their 9/11 Attack

The Trump DOJ/BOP deny me contact with Military Commission Presiding Judge Col James Pohl in order to coverup my meeting in 2001 in Norman OK with Saudi Bunce Turke and CIA/FBI Frank Pellegrino to direct Mohamed Atta to attack the White House and the Pentagon. In 2014 I gave a deposition to the 9/11 Victim Lawyers Sean Carter, Evan Kohlman (MSNBC).
I was assaulted by Saudi proxy Inmate* and ADX Staff
*(Ramzy Yusuf Saudi Gang in ADX)
I want to be heard on the Psychological Torture by Trump to coverup the Saudi Royal 9/11 with CIA/FBI collusion.
Slave of ALLAH, Zacarias Moussaoui
so called 20th Hijacker

9/11 Cover up of Saudi bin Turke and CIA/FBI Frank Pellegrino directing Babar Ahmed and Sawad Al Madani through me to convince Mohammed Atta to 9/11 Attack the White House and the Pentagon at their secret meeting in Spain. This is the reason the DOJ/BOP rejected the letter of Arnold Porter when I try to retain them for the second time. The Trump x to also deny me contact with attorney Thomas Wilner from Sherman & Sterling LLP 401 9th Street, NW Suite 800 Washington 20004-2128

FBI agents Dominique, Young Fitzgerald refuse to take my deposition on 9/11 and the Cole bombing

FBI try to cover up the role of Saudi Prince Turke, Frank Pellegrino (CIA/FBI), Baber Ahmed and (Sawad Al Madani*, Mustafa Kamal a/k/a Sheer Abu Hamza, Imran Khan (Top UK Lawyer) Sadeq Khan (London Mayor) Cat Steven a/k/a Abu Yusuf *(War Name).

The Trump DOJ/BOP keep me in total isolation without access to a lawyer to break me psychologically and stop me to expose the True about 9/11, Saudi Prince Turke, Frank Pellegrino and Usama Bin Laden.

Slave of ALLAH
Zacarias Moussaoui
So call 20th Hijacker.
Super Max, ADX, Flo CO 12/14/17.