In the Name of ALLAH

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 29 2018
JEFFREY P. COLWELL
CLERK

Motion To Strike the Chief Law Officer Donald Trump to order the Special Administrative Measure (SAM) To Coverup the 9/11 Conspiracy by Saudi Prince Turke Al Faisal Al Saud CIA-FBI Frank Pellegrino Sheyr Abu Hamza, Babar Ahmed Sadiq Khan (London Mayor) Cat Steven (xRock Star), Imran Khan (Top UK Lawyer), Sawad Al Madani (xGitmo), Atef Ahmed Yazid Soffot, Abu Baker Bafana Bin Loden Son in Law, Richard Reid Colola The Shoe Bomber,

As Trump asserted that he "do what he wants" with the DOJ. This Strike is exclusively against Donald Trump. Trump used the SAM to deny access to attorney J. Well Dixon and Thomas Wilner so to challenge in Court the SAM and to testify on the true 9/11 Conspiracy. I petition this Court to vacate the SAM and inform Dixon and Wilner to receive legal assistance from them. by Ordering Trump to stop the SAM

So in Abundance of caution I repeat this Strike Motion is against Donald Trump. This motion is Not against the DOJ, FBI, FBOP. It is Trump who run the Show and Dance on National TV with the 9/11 Saudi Co-Conspirator. It is Trump who make $350 Billion deal to cover up the 9/11 Saudi Royal Co Conspirator f/k/a Royal Saudi 9/11 Blood Money. It is Trump who direct with the SAM

the Psychological Torturing in Solitary Detention

So I petition your Court Magistrate Judge Gordon P Gallagher to order an open hearing to hear why Trump keep the SAM sadistic administrative measure to silence me about my meeting in 2001 with Saudi Prince Turke and CIA-Frank Pellegrino in Norman OK. I petition your Court to Order Trump to cancel the SAM. I petition this court to vacate the SAM and inform and nominate J Well Duncan & Thomas Wilner to legally assist me to expose the true Saudi / CIA Conspiracy of 9/11.

        Slave of ALLAH
        Zacarias Moussaoui
        So call 20th Hyacker
        Enmy Combatant.

Supermax, the 6th of Jan 2018
the True God willing will set you free



Name: MOUSSAOUI
Reg. No.: 51427-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Hon Magistrate Judge Gordon P Gallagher
US District Court, Courthouse
Alfred A. Arraj Courthouse
901 - 19th Street Room A105
Denver, CO 80294 - 3589

