In the Name of ALLAH

Motion case 1:17-CV-03160 GPG Moussaoui vs United States 8

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 12 2018
JEFFREY P. COLWELL
CLERK

Before 9/11 in August 2001 I ZM told Harry Samitt when he arrested to contact Frank Pellegrino, who I just meet with Saudi Prince Turke Al Faisal Al Saud in Norman (OK) to direct Mohamed Atta to Attack the White House & Pentagon. In 2015 FBI Harry Samitt came in Supermax to threaten with Death if I testify FBI Samit, Pellegrino

I petition you to issue a Restraining order against Harry Samitt and the FBI. Harry Samitt cover up Frank Pellegrino and Bruce Turke the true 9/11 Master mind.

The FBI threaten to kill if I Testify against Samitt, Pellegrino, Turke, Babar Ahmed, Sadiq Khan (London Mayor) Sheir Abu Hamza etc.

Slave of ALLAH
Zacarias Moussaoui

I peletion this Court to inform J. Well Dixon of the Centre of Constitutional Right (NY) and Thomas Wilner of Sherman Sterling too to contact me to receive legal assistance.

cm18-002

Name: MOUSSAOUI
Reg. No.: 51427-054
U.S. Penitentiary MaxMax.
P.O. Box 8500
Florence, CO 81226-8500

Magistrate Judge Gordon P Gallagher
US District Court Alfred A Arraj Courthouse
901- 19th Street, Room A105
Denver CO 80294-3589.

P.O. Penitent...
P.O. Box 35...
Florence,