In the Name of ALLAH

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 12 2018
JEFFREY P. COLWELL
CLERK

Magistrate Judge.
Michael Hegarty
04/03/18

Slave of ALLAH
Zacarias Moussaoui
call 20th Hijacker

Subject: Supermax denial of Administrative Remedy To cover up

Having in the past years completed the administrative remedy until BOP Washington responded but being unable to go to court having No lawyer due to the DOJ denial.

I, now was trying to filed a BP8 again so to ultimately filed in your court area

Unfortunately once again the supermax is playing dirty game to deny me to filed a BP8.

Indeed on Dec 14, 2017 I started to filed a BP8 to Unit Manager Parca and Counselor Holbrook

Today when I asked Counselor Holbrook to return to me the BP8 so I can filed BP9 he refused and told me that I "piss him off" and that I was a "little Rat"

I petition your court to move me out of ADX and put me in protective custody as I want to testify about Saudi Prince Turki and CIA/FBI Frank Pellegrino direct involvement in the 9/11 attack.

Slave of ALLAH
Zacarias Moussaoui

Trump DOJ denies me access to lawyer J. Wells Dixon of the Centre of Constitutional Right (NY) and Thomas Wilner of Shearman+ Sterling.

I petition your Court to inform and appoint Dixon and Wilner as my lawyer.

I petition this Court to order the Superman to stop the psychological harassment and success psychological warfare and racist abuse

Trump is cover up and dancing with the Saudi Royal 9/11.

Slave of ALLAH

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2019

JEFFREY P. COLWELL
CLERK



cn 18-014-002

Name: Moussaoui
Reg. No.: 51427-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Honorable Michael E Hegarty
US Magistrate Judge
Alfred A Array
US Courthouse, 901 19 Street, Suite A542
Denver C 80252 9

08 FEB 2018 PM 2 L

