# In the Name of ALLAH

Motion in the case n° 1:17 ~~FILED~~ 03160    01/22/18

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2018

JEFFREY P. COLWELL
CLERK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2018

JEFFREY P. COLWELL
CLERK

Emergency Strike on
Trump Conspiracy to kill
me. Trump coverup
Harry Samit, FBI, who
arrested me in 2001 in
(August 2001)
St Paul, Minnosota after
I told him to contact
Frank Pellegrino (CIA-FBI)
who I had met in Norman
(Oklahoma



Harry Samit came in 2015 to Supermax To clearly silence me ~~at a~~ After I was Assacited by a Con fidential informant, Snitch Oussama Kassir. Now Supermax try To set me up To be kill by their snitch Trump must be order to move me out of Supermax and To have access to attorney J. Well Dixon and Thomas Welner. I petition your Court To be move out of Supermax and access Dixon + Welner

Trump cover up for
Saudi Prince Turke,
Frank Pelligrino and
Harry Samit role in
the 9/11 Attack
I petition your Court
To be heard in Open
Court To expose the true
9/11 by the Saudi x CIA



Slave of ALLAH
Zacarias Moussaoui
Enemy Combatant

Judge Hegarty must know that Oussama Kassir, the snitch who assaulted in 2014 had just be move to to the Control unit I story.

I petition your Court to be move out of Supermax and to have a restraining order against C I A, F B I agents and Harry Samit.

Z.M.

Cr 18 - 009 - 004

Name: MOUSSAOUI
Reg No: 51527 - 054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

FOREVER USA
U.S. HEART
DENVER CO 800
08 FEB 2018 PM 4 L

Hon Michael E Hegarty
US Magistrate Judge Alfred A. Arraj
US Courthouse, 901 19th Street
Suite A 442
Denver, CO 80294

