In the name of ALLAH

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 23 2018
JEFFREY P. COLWELL
CLERK

02108118

Motion to be Heard on Ramzi Yusef Obstruction of Justice

Ramzi Yusef made a deal with Frank Pellegrino to avoid the death penalty for his uncle Kaled Sheer Mohamed in the 9/11 Trial in Gitmo under Judge Col James Pohl try to stop me testifying against Frank Pellegrino Mike Schouer General buf Yozid Suffat, Bafana, Saudi Prince Turke, Princess Haifa

Omar Al Bayoumi, Bakar
Ahmed, Sheik Abu Hamza
Sawad Al Madani, Sadeq
Khan (Mosque of London)
Tarrou Khan (Lawyer)
Abu Zubayda, Al Attas, Baluchi
Hawsawi, Richard Reed
ect

I want to be heard on
Ramzi Yousef Obstruction
of g/11 Justice

Slave of ALLAH
Zacarias Moussaoui
so call 20th Hijacker



Cn/8-023-01

Name: MOUSSAOUI

Reg. No.: 51427-054

U.S. Penitentiary Max.

P.O. Box 8500

Florence, CO 81226-8500

Office of the Clerk

US District Court

Alfred A. Arraj Courthouse

901-19th Street Room A105

Denver CO 80294-3589