I in The Name of ALLAH

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2018

JEFFREY P. COLWELL
CLERK

02-08-118

1/2

Strike on Sheir Abu Hamza
Obstruction of 9/11 Justice
Mustafa Kamal a/k/a Abu Hamza
Issue a Fatwa To Stop me testif
ing about his relation with
Mike Schauer (CIA), Frank
Pellegrino (CIA-FBI), Mohamed
Atta, Sadiq Khan (London Mayor)
Babar Ahmed, Cat Steven, Imran
Khan (UK attorney) Sayad Al Madani
Yazid Suffat, Abu Bakr Bafana
Richard Reid, Abu Zubayda
KSM, Al Attash, Al Balouchi, Al Housauri
Saudi Bince Turke, Princess Haifa, Omar Al Bayoum

Sheir Abu Hamza made the Fatwa to Attack the White House and Pentagon for 9/11 To Mohamed Atta. Sheir Abu Hamza made the Fatwa to blow up the US Embassy in London and Kualalampur and the US Cole.

Sheir Abu Hamza with Ramzi Yosif Gang in Superman try to kill in a Deal with Frank Pellugrino to avoid the Death Penalty for Kaliol Sheir Mohamed, Al Attash Al Balochi, Al Hoesawi in the Current 9/11 Trial in Gitmo under Judge 3 Col James Pohl.

This Court must to know that the
F.B.I cover up Frank Pelligrino
9/11 co conspracy role and
try to have me kill in Seepermasc
by Ramzi Yusef Gang, Sheir
Abu Hamza, Oussama Kassir
who assaulted me in 2014.

I petition your Court to be
heard in Open Court on
Frank Pellegrino obstruction
of 9/11 Justice.

Slave of ALLAH
Zacarias Moussaoui
so call 20th Hijack

02/08/18

Strike on Frank Pellegrino
for Obstruction of Justice
in the 9/11 Trial in Gitmo
by Judge Col James Pohl
Frank Pellegrino directed
Ramzi Yusuf, Sheir Abu
Hamza to try to stop me to
testify in the 9/11 Trial
in Gitmo of the uncle of Ramz
i Yusuf Rolid Sheir Mohamed
in exchange for KSM x.co to
be spare the Death Penalty
Pellegrino try to cover up my
meeting with him, Saudi Prince

Twelve in Norman (OK) before 9/11 in order to direct Mohammed Atta to attack the White House and the Pentagon on 9/11.

Pellegrino try to cover up the relation with Yazid Sefflat, Abu Bakar Bafana and to the operation to blow up the US Embassey in Malaysia, in London and my contact with Mike Schauer (CIA), Babar Ahmed Sawad Al Madani, Sadiq Khan (Mayor of London), Cat Steven, Abu Zubayda.

Frank Pellegrino try to silence me about his role in 9/11 with Saudi Prince Turski, Prince Haifa Omar Al Bayoomi, Pakestani General Cul (Intelligence Chef in Pakistan) Mike Schauer (CIA head of UBL unit), Bin Laden in Law.

This motion must be construe as a motion to be heard on Frank Pellegrino obstruction of Justice in the 9/11 trial of Judge James Pohl in Gitmo.

This motion must be only
construe as a Motion to be
Heard on Sheik Abu Hamza
obstruction of Justice and
tempering with witness
of 9/11 Attack by Bin Laden
Al Qaeda, Prince Turke, Schauer
Pellegrino ect _ _ _

In an Abundance of Caution
I repeat This Motion is Against
Sheik Abu Hamza obstruction
of Justice to stop me testifying
in the 9/11 Trial in Gitmo
against him, the CIA, FBI, KSM

Slave of ALLAH
Zacarias Moussaoui

PS. The trial that Sheer Abu Hamza try to stop me to testify is the trial of the Military Commission Preseeding Judge Col James Pohl, Military Commission 4800 Maria Centre Drive, Suite 0 F09-02 Alexandria VA 22350-2100

Your Court must know that in 2014 in a BOP documented incident, I, ZM, was assaulted be Sheer Abu Hamza co-defendant Oussama Kassir.

the assault was review and documented by the DHO of the BOP Supermax ADX have the full record made by CO Gardona on Oussama Kassir assault on me to stop me testifying against Sheer Abu Hamza as part of a deal Oussama Kassir Gang headed by Ramzi Yeesef made with Frank Pellegrino to spare the death penalty to Ramzi Yeesef uncle Ralid Sheer Mohamed, Al Attosh, Al Balouch, Al Hawsacei in the 9/11 Gutino Trial.

ZM

In the Name of AllAH

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2018

JEFFREY P. COLWELL
CLERK

02111118

Motion to Strike Omar
At Baqouni for Obstruction
of Justice in the 9-11 Trial
of Judge Potil in Getmo.

Your so call King Salman
and Prince twelve and
Princess Haifa and you, their
said slave have arrested
Bin Laden and Saddam
Hussein for 9-11 Attack
I want to be heard

Slave of AllAH
Zacarias Moussaoui
so call 20-th Hijacker
Natural Born Terrorest

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2010

JEFFREY P. COLWELL
CLERK

# In the Name of ALLAH

02/11/18

Motion to Strike Haifa Al Faisal Al Saud obstruction of Justice in the 911 Trial by Judge Pohl in Gitmo

You so call Princess Haifa with your Prince Turke and your so call King Soliman pay $ 350 Billion Blood Money to the Reality Commender in Chef Treump to cover up Prince Turke collusion with Ben Laden and Saddam Hussein

Slave of ALLAH

I want to be heard.

Zacarias Moussaoui
So call 20th Hyjacker



# In the Name of ALLAH

02/11/18

Motion to Strike Bin dar bin Sultan Al Saud for Obstruction of Justice in the 9/11 Trial of George Potil in Getmo.

Saude King Salman, you and Al Saud Gang pay $350 Bellion Blood Money for 9/11 American Blood spelled by "Prence" Teroke Bin Laden and Saddam Hussian

I want to be Heard

Slave of ALLAH
Zacarias Moussaoui
So call 20th Hyjacher
Terrorist with Attitude
T.W.A.



# In the Name of ALLAH

02/11/18

Motion to Strike Walid Bin Talal Al Saud For Obstruction of Justice in the 9-1-1 Trial of Judge Pohl in Gitmo.

King Salman of SA and you Walid Bin Talal pays $350 Billion in Blood Money as quise as Arm deal for 9-1-1 collusion between your family, Prince Turke, Bin Laden and Saddam Hussein to do the 9-1-1 Attack. I want to be Heard.

Slave of ALLAH
Zacarias Moussaoui
so call 20th Hijacker



# In the Name of ALLAH

02/11/18

# Motion to Strike the Saudi Prince Turke Al Faisal Al Saud for Obstruction of Justice in the 9/11 Trial of Judge Col James Pohl in Getmo of KSM x Al Qaeda o Saudi Prince turek in direct cooperation, collusion with Usama Bin Laden and Saddam Hussein conspire and executed 9/11 Attack Saudi King Salman and Saudi Prince Turek are paying $ 350 Billion Blood Money for 9/11, the Art of the Deal I want to be Heard

Slave of ALLAH

Zacarias Moussaoui

So-call 20th Hijacker

Enmy Combatant

Natural Born Terrorist



# In the Name of ALLAH

02/02/18

Motion to Strike Joyce Ellen Rosendahl for Obstruction of Justice in the 9-11 case. the Proof is in the Pudding Indeed the proof of attorney Joyce Ellen Rosendahl obstruction of Justice is in her letter sent to me and that I filed to D J Shona Brown of the Western District of Oklahoma. Rosendahl letter now under seal at the request of Ms H Rosendahl state unequivocaly that Ms Rosendahl refuse to contact D J Leonie Brinkema on my behalf and Ms Rosendahl refuse to give me any assistance to testify against the Saudi Royal involve in 9-11

One must know that Ms Rosendahl was a "plant" by the Saudi and the FBI as proven by the fact that Ms Rosendahl become my attorney of record, and being approve under the Special Administrative Measure (SAM) when I, Z.M, did Not even know she existed, her name, nothing. Saudi Mohamed Owaeli (the Embassy Kenya bomber) to planted this another fake attorney on me to stop me to testify against the Saudi and the FBI.

I want to be heard on Jane Ellen Rosendah Obstruction and he letter unseal.

Slave of ALLAH

Zacarias Moussaoui

so call 20th Hijacker.

In the Name of ALLAH

07/11/18

Motion to Strike Al Haramain
(the two Holy (mask) Mosq)
Foundation for Obstruction
of Justice in the 9/11 trial
of Judge Paul in Gitmo

Your Al Haramain closely
Assisted Al Qaeda and Bin
laden, I personnally "work"
with Abdallah Tuwajawi
from the Top Saudi Familly
Al Tuwajawi when he manage
your operation in Azerbaijan
to go to Tchechnyia via Dagestan
you raised large amount
of Money for Al Qaeda
I want to be Heard

Slave of ALLAH

Zacarias Moussaoui
So-call 20th Hyjacker



Cm18-038-008

Name: TOUSSAUS

Reg. No:: 51424-054

U.S. Penitentiary Max.

P.O. Box 8500

Florence, CO 81226-8500

Office of the Clerk

US District Court

901-19th Street Room A105

Denver CO 80294-3589

DENVER CO 802

23 FEB 2018 PM 3 1

PURPLE HEART

FOREVER USA

