I in Name of ALLAH

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2018

JEFFREY P. COLWELL
CLERK

02/08/18

Motion against FBI Snitch Leon Raul
from the Mexican Mafia for Obstru
ction of Justice in the 9/11 trial
of Judge Col James Pohl in Gitmo
Leon Raul is part of an FBI Conspira
cy to stop me to testify about the relation
between Usama Bin Laden, Saudi
Prince Turko, CIA, FBI Frank
Pellegrino, Mike Schauer, prince
sse Haifa, Omar Al Bayoumi,
Sadiq Khan (London Mayor)
Imran Khan (Lawyer), Cat Steven
Abu Zubayda, General Gul (Paki
tani Intelligence, Bahar Ahmed
Sheer Abu Hamza, Sawad Al Madani
Yazid Suffat, Bafana, Harry Samit
I want to be heard in Open
Court 9/11 Justice Demand it
Slave of ALLAH
Zacarias Moussaoui
so call 20th HIJACKER.

# In the Name of ALLAH

02/08/18

Motion against the FBI "Snitch" Salim for Obstruction of Justice

Mamdour Salim once stab a NY guard Pepe, now is He is a pay Trustee in Supermax and collaborate with the FBI conspiracy to stop me to testify in the 911 trial of Judge James Pohl against F.B.I Frank Pellegrino CIA Mike Schauer Saudi Prince Teerke, Prince Houfa, Omar Al Bayoumi, Sadiq Khan (London Mayor) Imran Khan (Lawyer) Cat Steven Abu Zubaeda, KSM + Co, Babar Ahmed, Sawad Al Madani Yazid Seffat, Bafana, Sheir Abu Hamza, Richard Reid, Harvey Sarritt I want to be heard on Mamdour Salim Obstruction of Justice

I want To be heared on the collusion
between Bin Laden, CIA, FBI
Pakistani General Geel, Saudi
Prince Turke

9/11 Demand N Justice
Demand that I be heared
in Open Court on Mamdour
Salim Obstruction of Justice
in collusion with the FBI, CIA

Slave of ALLAH
Zacarias Moussaoui
So call 20th Hijacker
Enemy Combatant.

## In the Name of ALLAH

Motion against FBI confidential informant, Mohamed Salama of the first WTC, for Obstruction of Justice in the 9/11 Trial of Judge James Pohl in Gitmo

Mohamed Salama (a/k/a Abu Ameen) as part of an FBI conspiracy try to stop me to testify about FBI Frank Pellegrino, CIA Mike Schauer, Saudi Prince Turke, Prince Haifa, Omar Al Bayoumi, Abu Zubaeyda, Sheir Abu Hamza, Babar Ahmed, Saurad Al Madani, Yazid Suffat, Abu Bakr Bafana, Sadiq Khan (London Mayor), Cat Steven, Pakistani General Gul, KSM & Co, Richard Reid, Harry Samitt

9/11 Justice Demand that I be heard in Open Court

I petition your Court to be heard
on Mohamed Salama obstruction
of Justice to cover up the FBI,
CIA, Saeed Prince, General Saul
collusion with Ben Laden, Al Qaeda

Slave of ALLAH
Zacarias Moussaoui
So call 20th Hijacker
Enemy Combatant.

In the Name of ALLAH

02.08.18

Motion against Wadih El Hage
for Obstruction of Justice in the
911 Trial of Judge Col James
Pohl in Gitmo

El Hage try to stop me to testify
against FBI Frank Pellegrino,
CIA Mike Schauer, Saudi Prince
Turke, Princesse Haifa, Omar Al
Bayoume, Pakistani General Gul
Sadiq Khan (London Mayor),
Imroun Khan (Lawyer), Yazid
Suffat, Bafana, Abu Zubayda
Sheer Abu Hamza, Bahar Ahmed
Sawad Al Madani, KSM & co

Wadih El Hage obstruct Justice to
cover up the FBI, CIA, Saudi, Pakistan
collusion with Al Qaeda and
Bin Laden. I want to be heard

a Harry Samitt.

Slave of ALLAH
Zaccarias Moussaoui

## In the Name of ALLAH

02.08.68

Motion against "Big Mac of the Hunt, AB inmate, for Obstruction of 911 Justice"

Big Mac as a Snitch is part of an FBI conspiracy to stop me to testify against the relation between Bin laden, FBI Frank Pellegrino, CIA Mike Schaeer, Saudi Prince Turke, Princesse Haifa, Omar Al Bayoumi, Abu Zubaydah KSM & Co, Sadeg Khan (London Mayor) Imran Khan, Yazid Suffat Bafana, Babar Ahmed, Sawad Al Madani, Sheir Abu Hamza Pakistan General Gul, Harry Samit I want to be heard in Open Court

Slave of ALLAH
Zacarias Moussaoui
so call 20th Hijacker

P.S. Supermax, ADX refuse to give me the full name of Big Mac in Hunt.

# In the Name of AllAH

02/08/18

Motion against Inmate Savage "KB" for Obstruction of Justice in the 9/11 Trial of Judge Col James Pohl in Gitmo against KSM & co

Inmate Savage from Philadelphia try to Stop me to Testify about the relation between Al Qaeda, Bintaden, FBI Frank Pellegrino CIA Mike Schauer, Saudi Prince Turke, Princess Haifa, Omar Al Bayoumi Abu Zubayda, Sadiq Khan (London Mayor Imran Khan, Sheir Abu Hamza, Cat Steven, Yazid Suffat, Bafana, Babar Ahmed, Pakistani General Gul, I want To be heard on UBL collusion with CIA, FBI, Saudi, Pakistani for 9/11 Attack, Harry Samitt

Slave of AllAH
Zacarias Moussaoui
so call 20th Hyacker

P.S. Seeper-masc, ADX refuse to give me
To fill the full name a t. B. Inmate
(may be Kaboni Savage. not sure)

# In the Name of ALLAH

02/08/18

Motion against Omar Portee (a/k/a Mac the Blood) obstruction of Justice in the 9/11 Trial of Judge James Pohl in Gitmo against K.S.M.&co Omar Portee try to stop me to testify about the collusion between Bin Laden, FBI Frank Pellegrino, CIA Mike Schauer, Saudi Prince Turki Princess Haifa, Omar Al Bayoumi Sheir Abu Hamza, Sadeg Khan (London Mayor), Imran Khan, Jazid Suffort Bahar Ahmed, Abu Bahr Bafana Abu Zubayda, Pakistani General Gul I want to be heard on Omar Portee obstruction of Justice to cover up the 9/11 Co Consperators in the FBI CIA, Saudi, Pakiston, Harry Samitt

Slave of ALLAH

Zacarias Moussaoui

So call 20th hijacker

In the Name of ALLAH

02/08/18

Motion against Mike Schauer
X ( CIA Head of Bin Laden unit )
for Obstruction of Justice
Mike Schauer with the CIA
and the FBI try to silence
me on their relation with
Usama Bin Laden, General
Gul of the Pakistani intellig
ence Saudi Prince Turke
Princess Haifa, Omar Al Bayou
mi, Bakar Ahmed, Sawad
Al Madani, Yazid Seffat
Bayana, Abu Zubayda

Imran Khan, Sadiq Khan (Mayor of London), Cat Steven

I petation your Court on an Open Hearing as I want to be heard on the Obstruction of Justice by Mike Schauer of the CIA in the current trial of Khaled Shere Mohamed, Al Attash, Al Baleechi, Al Hausowick in Gitmo under Judge James Pohl.

I want to be heard on how the CIA Schauer, FBI, Pellegrino Ramizi Yousef, Shere Abee Hamza the DOJ try to obstruct 9/11 Justice.

Slave of ALLAH
Zacarias Moessaoui
so call 20th Hijacker

I n the RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 23 2018
JEFFREY P. COLWELL
CLERK of ALLAH

0210-8618

Motion against the FBI "Snitch"
Muttalib (a.k.a. Xmas Bomber) for
obstruction of 9/11 Justice
I strike the once upon a time
Al Qaeda Abdallah Al Muttalib
now FBI collaborator for Obs-
truction of Justice in the 9/11
Trial of Judge James Pohl
in Gitmo. Al Muttalib is part
of an FBI consperacy to Stop
me, ZM, to testify against FBI
agent Frank Pellegrino, CIA
Mike Schauer, Saudi Prince
Turke, Princess Haifa, Omar
Al Bayoumi, Sheire Abu Hamza
Babar Ahmed, Sadiq Khan
(London Mayor), Imran Khan
(Lawyer), Cat Steven, Yazid Suffat
Abu Bakar Bafana, Abu Zubaydah

RECEIVED
UNITED STATES DISTRICT COURT
[illegible] CO [illegible]

I petition your Court to be heard
on Abdallah Al Muttaleb obstruction
of 9/11 Justice to cover up
the collusion of the FBI, CIA
Saudi Prince and Usama Bin
Laden for the 9/11 Attack.
9/11 Justice Demand that
I be heard in Open Court
as the FBI try to silence me
with Al Muttalib and their hordes
of FBI collaborator who try
to kill me and FBI death threat
in the video recorded interview
in 2015 with Harry Samitt, James
Fitzgerald, Robert Murphy, Elan Santiago

Slave of ALLAH
Zacarias Moussaoui
So call 20th hijacker
Enemy Combatant

# In the Name of ALLAH

02/08/18

Motion against Tobeis Magunane (a/k/a Abu Anas), a Bosnian American for Obstruction of Justice in the 9/11 Trial of Judge Col James Pohl in Gitmo against KSM & Co

Tobeis Magunanu (a/k/a Abu Anas) try to stop me testify against the collusion between Bin Laden, the FBI Franck Pellegrino, CIA Schauer, Saudi Prince Turke, Princess Haifa, Omar Al Bayoumi, Yazid Suffat, Bafana, Sadiq Khan (Mayor of London), Imran Khan, Pakistan General Gul, Sheir Abu Hamza, Bobar Ahmed, Sawaol Al Madani, KSM, H Attash, Al Balouchi, Al Hoursaui, Harvey Sanitt, I want to be heared on Open Court on UBL, FBI, CIA, Saudi, Pakistan 9/11 Attack obstruction of Justice

Slave of ALLAH
1 Zacarias MOUSSAOUI

# In the Name of ALLAH

07/08/18

Motion against Abu Ali, the one convicted to plan to kill Bush and extradated from Saudi Arabia for his obstruction of 9/11 Justice in the trial of Judge Col James Pohl in Getmo against KSM & Co.

Abu Ali try to stop me to testify on UBL collusion with CIA Mike Schauer, Frank Pellegrino, Saudi Prince Tierke, Princess Haifa, Omar Al Bayoumi, Pakistani General Geel, Yazid Seffat, Bafana Sadeq Khan (Mayor of London), Cat Steven, Imran Khan, Babar Ahmed, Sheer Abee Hamza, Saewad Al Madani, FBI Hoecry Samitt.

I want to be heard on Abu Ali obstruction of Justice to cover up the FBI, CIA, Saudi, Pakistani with UBL.

Slave of ALLAH
Zacarias Moussaoui

# In the Name of ALLAH

02/08/18

Motion against X. CIA Nicholson, obstruction of 9/11 Justice in the trial of Judge Col James Pohl in Gitmo against KSM x Co

Once a CIA always a CIA, indeed Nicholson try to stop to me to testify about Al Qaeda, Bin Laden collusion with CIA Mike Schauer, Frank Pellegrino, Saudi prince Turki, princes tala, Omar Al Bayoumi, Pakistani General Gul, Sadiq Khan (London Mayor Cat Steven, Imran Khan, Bahar Ahmed Sheir Abu Hamza, Yazid Suffat, Rafana Sauud Al Madani, Richard Reid, FBI Harry Samitt.

I want to be heard on Nicholson obstruction of 9/11 Justice to cover up the FBI, CIA, Saudi, Pakistani x UBL collusion.

Slave of ALLAH
Zacarias Moussaoui

# In the Name of ALLAH

Motion against Faisal Shezad
a/k/a the Time Square Bomber
for obstruction of Justice in
the 9/11 Trial in Gitmo
under Judge Col James Pohl
Faisal Shezad try to stop me to
testify on the relation between
Binladen, FBI Frank Pellegrino
CIA Mike Schauer, Saudi Prince
Teerho, Princess Haifa, Omar Al Bayoumi
Abu Zubaydah, Sadiq Khan (London Mayor)
Imran Khan (lawyer), Col Steven
Sheer Abu Hamza, Babar Ahmed
Richard Reid, Saurad Al Madani
Yazid Suffat, Abu Bakr Bofana
I want to be heard on Faisal Shezad
obstruction of Justice in Open Court

Slave of ALLAH
Zacarias Moussaoui
so call 20th Hijacker



In the Name of ALLAH

02/08/18

Motion on FBI Collaborator
Oussama Kassir Obstruction
of Justice. Indeed the Snitch
Oussama Kassir assaulted
me in an incident documented
by CO Gordono to stop me
to Testify against CIA, FBI
Frank Pellegrino, Mike Schau
er (CIA Head of Bin Laden Unit),
Saudi Prince Turke, Princess
Hayfa, Omar Al Bayoumi, Sadiq
Khan (Mayor of London) Imran
Khan (UK Lawyer) Sheer Abu
Hamza, Bahar Ahmed, Saud

Al Madani, Yazid Sufflat, Abu
Bakr Bafana, Abu Zubayda

The FBI Snitch Oussama Kassir
with Ramzi Yusuf made a deal
with FBI Frank Pellegrino to
selence me in the 9/11 Getmo Trial
in exchange for the CIA/FBI sparing
the death Penalty to Ramzi Yusuf
uncle Raled Sheir Mohamed and
his Team.

I want to be heard on the Obstru
ction of Oussama Kassir to cover
up the FBI Frank Pellegrino
and CIA Mike Schasier collusion
~~also~~ with Usama Bin Laden
and FBI Harry Samitt
FBI Snitch Oussama Kassir obstru
ction of Justice is in order to have
the FBI, US Gov send him back to
Sueden but it will fail.
Slave of ALLAH
Zacarias Moussaoui
so call 20th thijacker

# In the Name of ALLAH

02.08.18

## Motion against CIA Snitch Jabarra

I want to be heard on the Obstruction of 9/11 Justice by Mohamed Jabarra Al Kuwaity with Canadian citizenship. Indeed after 9/11 Mohamed Jabarra came willfully from Canada to collaborate with the CIA and US prosecutor against Bin Laden and Al Qaeda

Now again Mohamed Jabarra collaborate with the FBI to Obstruct me to testify on the FBI

Frank Pellegrino and Mike
Schauer collusion with Ben Laden
for the 9/11 Attack with Saudi
Prince Turke, Princess Haifa, Omar
Al Bayoumi, Bahar Ahmed, Saud Al
Madani, Sadeq Khan (Mayor of London
Imran Khan (UK lawyer). Yazid Suffat,
Abu Bakar Bafana,

I want to be heard on the Obstruction
of Justice to testify in the current
Trial proceeding of Judge Col James
Pohl for the 9/11 Attack

I want to be heard on Mohamed Jabarra
obstruction of Justice with Ramzi
Yusuf in exchange for the CIA, FBI
sparing the death penalty to the
uncle of Ramzi Yousef, Ralid Sheer
Mohamed & Co in the 9/11 Gitmo
trial. Mohamed Jabarra tried to
silence me, kill me to cover up
Pellegrina, Prince Turke, Shauer,
Abu Hamza, Ben Laden un law
collusion on 9/11 Attack.
and FBI Harry Samitt.
                    Slave of ALLAH
              Zacarias Moessaoui,
      So call 20th Hyacker

In the Name of ALLAH

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 23 2018
JEFFREY P. COLWELL
CLERK

02/08/18

Motion against Inmate Bingham
(a/k/a T B) for obstruction
of 9/11 Justice in the Trial
of Judge James Pohl in Gitmo
T B, Bingham try to stop me
to testify against the FBI Frank
Pellegrino, CIA Mike Schauer,
Saudi Prince Teerhe, Princess Hayfa
Omar Al Bayoumi, Sadiq Khan (London
Mayor) Cat Steven, Imran Khan,
Abu Bakr Bajana, Yaziel Suffat,
Pakistani General Gul, Abu Zubayd
Bakar Ahmed, Sheer Abu Hamza,
FBI Harvey Samitt.
I want to be heard on Bingham
obstruction of Justice to cover up
the CIA, FBI Saudi, Pakistani
collusion with UBL for 9/11

Slave of ALLAH
Zacarias Moussaoui

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 25 2010

GREGORY C. LANGHAM
CLERK

# In the Name of ALLAH

02/08/18

Motion against Jayce Ellen Rosendahl, Attorney-at-Law PO Box 15966, Newport Beach CA 92659 for Obstruction of Justice in the 9/11 trial in Gitmo of Judge Col James Pohl Attorney Rosendahl in a E/ letter filed now to DJ Shon T Erwin US District Court Western District of Oklahoma refuse to contact the District Judge Brinkema to arrest me to testify against the Saudi Prince Terki, Prince Naif Omar Al Bayoumi, CIA & Mike Schauer, FBI Frank Pellegrino Harry Samitt, Saud Al Madani Bahar Ahmed, Yazid Suffat, Bafana, General Geel, KSM, co Sheer Abu Hamza, Col Steven

Sadiq Khan (London Mayors)
Imran Khan.
Attorney Joyce Ellen Rosendahl
obstruct Justice to cover up
the Saudi, CIA, FBI, Pakistani
collusion with OBL

Slave of ALLAH
Zacarias Moussaoui

# In the Name of ALLAH

02/08/18

Motion against the Embassy Bomber in Kenya, Mohamed Al Owarli a/k/a Abu Rachid for obstruction of Justice in the 9/11 Celmo Trial of Judge Col James Pohl

Abu Rachid try to stop me to testify against F.B.I Frank Pelligrino, C I A Mike Schauer, Saudi Prince Turke, Haefa, Al Bayoumi Bofana, Sulfat, Sheir Abu Hamza Bahar Ahmed, Sawad Al Madani Sadiq Khan, (London Mayor) Cat Steven, Richard Reid (the Shoe Bomber) Imran Khan (attorney)

This Saude, Abu Rachid cover up the Saude, C I A, F B I, Pakistani collusion with U B L

Slave of ALLAH
Zacarias Moussaoui



In the Name of ALLAH

02/08/18

Motion against Inmate Sattar
once upon a time Legal assestant of
the Blind Sheir, for his Obstructa
of Justice in the 9/11 Trial in
Gitmo under Judge Col James Pohl
Sattar try to stop me to extify
against the FBI Frank Pellegrino
CIA Mike Schauer, Saudi Prince
Teerke, Princess Haefa, Omar Al Bayoum
Sadeq Khan (London Mayor), Imran
Khan, Sheir Abu Hamza, Babar
Ahmed, Pakistani General Gul
Yazid Suffat, Abu Babar Bafana
KSM & Co in Gitmo, FBI Harrey Samit
Sattar a/k/a Abu Omar now
obstruct Justice to cover up the
FBI, CIA, Saudi, Pakistani collusion
with UBL on 9/11       & Saraad Al radani

& Richard Reicd                Slave of ALLAH
the Shoe Bomber        Zacarias Moussaoui
            so call 20th Hijacker

# In the Name of ALLAH

02/08/18

Motion against Inmate Ferres for Obstruction of Justice on the 9/11 Trial in Gitmo by Judge Col James Pohl of KSM x Co

Ferres, a long standing FBI snitch now is obstructing Justice to cover up CIA Mike Scheuer, Frank Pellegrino, Saudi Prince teerke Princess Haifa, Omar Al Bayoumi FBI Harry Samitt, Pakistani General Gul, Sadiq Khan (London Mayor) Imran Khan, Faziol Seeffat, Abu Bakar Bafana, Sheer Abu Hamza Sawad Al Madani, Babar Ahmed Ferres Al Kashmiry obstruct Justice to cover up the FBI, CIA, Saudi, Pakista n collusion with UBL 9/11

Slave of ALLAH
Zacarias Moussaoui
so call 20th Hyacker
PS Forget Richard Reid the Shoe Bomber

In the Name of ALLAH,

02/08/18

Motion against David, Inmate Ab,
for Obstruction of Justice in the
9-11 trial of Judge Col James Pohl
in Getmo against KSM & Co

David now a proud Ab FBI Snitch
try to stop me to testify against CIA
Mike Scheuer, Frank Pellegrino, Saudi
Prince Turke, Princess Haifa, Omar Al Bayoumi
Sadiq Khan (London Mayor), Imran Khan
Yazid Sieffat, Abu Bakr Bajana, Sheik
Abu Hamza, Saeed Al Madani, Pakistan
General Gul, FBI Harvey Scmitt
Ab FBI Snitch was David the Armenian
try to cover up the CIA-FBI, Saudi
Pakistani collusion with UBL 9/11

Slave of ALLAH
Zacarias Moussaoui

P.S. @ Forget Richard Reid the Shoe
Bomber.

# In the Name of ALLAH

02/08/18.

Motion against Richard Reid (the Shoe Bomber) for obstruction of Justice in the 9/11 Gitmo trial by Judge Pohl.

Richard Reid try to stop me to testify against the CIA Mike Schauer, Frank Pellegrino, Saudi Prince Turke, Princesse Haifa, Omar Al Bayoumi, General Geil of Pakistan, Sadeq Khan (Mayor of London) Imran Khan, Yazid Suffat, Bafana, Saaad Al Madani, Babar Ahmed, Sheer Abu Hamza, FBI Harry Samitt, Richard Reid the Shoe Bomber the Shoe Bomber is a genital Trustee in the BOP covering up the FBI, CIA Saudi, Pakistani collusion with UBL

Slave of ALLAH
Zacarias Moussaoui

CN 18-027-016

Name: MOUSSAOUI
Reg. No.: 51427-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Office of the Clerk
US District Court
901-19 st Street Room A105
Denver CO 80294-3589

DENVER CO 802

21 FEB 2018 PM 9 L



cm-18-028-008

Name: MOUSSAOUI
Reg. No.: 51427-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Office of the Clerk
US District Court
901-19th Street, Room A105
Denver CO 80294-2501

DENVER CO 802

21 FEB 2018 PM 7 L

USA
PURPLE HEART



CM18-626-010

**Name:** Moussaoui

**Reg. No.:** 51427-054

U.S. Penitentiary Max.

P.O. Box 8500

Florence, CO 81226-8500

Office of the Clerk

US District Court

901-19th Street Room A105

Denver CO 80294 3589

80294-250151

DENVER CO 802

21 FEB 2018 PM 8 L

