In the Name of ALLAH

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR -2 2018
JEFFREY P. COLWELL
CLERK

02118118

# EMERGENCY RESTRAINING ORDER AGAINST TRUMP

Strike to Stop Trump 9/11 Cover up of the Saudi's Royal 9/11 Masterminding & in Collusion with Osama Bin Laden, Saddam Hussein, Pakistani General Gul, CIA Mike Scheuer, Frank Pellegrino (FBI), Sadiq Khan (London Mayor), Imran Khan, Cat Steven, Sheir Abu Hamza, Babar Ahmed, Sawad Al Madani, Nawaf Al Hazimi and Kalid Al Midhar (CIA

Mike Scheuer and General Geel got them a Visa entry for UBL) Yazid Suffat, Abu Bakar Bafana Richard Reid (the Shoes Bomber) I Strike Donald J. Trump into this Court to have a Emergency Restraining Order against Trump and his Agents for Death Threat, Psychological Torturing, Religious Harassement and Obstruction of Justice. This Motion is for this Court Ordering Trump illegal activities in Supermax to stop me testifying against the Saudi, Saddam Hussein UBL, Gul, CIA, FBI & Co.

I move to have this Court
to issue a Restraining order
against Trump and Order
Trump agents to Return
my watches (which they
stole on the 02/18/18)

Trump and his agent try
to break me for the $350
Billion Bloood Money He
got from the King Salman
of Saudi Arabia for the
Saudi Masterminding 9/11
in Collusion with Saddam
Hussein and Bin Laden
Slave of ALLAH
Zacarias Moussaoui
So call 20th Hijacker, Enmy Combant

P.S. — Since taking Trump to Court, Trump and his agents have increase the daily harassement and Psychological warfare to try to silence me on the Due 9/11 Mastermind (a/k/a the Saudi, CIA, FBI Geil, Saddam Hussein & UBL)

P.S. Enclosed is a copy of the Administrative Remedy Trump and his agents rejected to deny me Due Process to expose the 9/11 coverup with the Saudi, FBI & Geil, Hussein & co

ZM

U.S. DEPARTMENT OF JUSTICE                REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **MOUSSAOUI ZACARIAS**   **51427-054**   **H**   **ADX**
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

Part A- INMATE REQUEST  I demand to be put in protective custody against the FBI as I try to expose CIA-FBI Frank Pellegrino and Saudi Prince Turki Al Faisal Al Saud that I met before 9/11 in 2001 in Norman (OK) that directed Mohamed Atta to attack the White House and the Pentagon after I contacted Mustafa Kaymal, Babar Ahmed and Saeed Al Madani and the two later met Atta in Spain. I want to testify in the 9/11 Trial on KSM, Attash Ali, Hawsawi. The FBI prevent me access to attorney J Well Dixon and Thomas Welner. I demand to be transfer to Judge Pohl Trial in Gitmo.

01/10/18
DATE                                         SIGNATURE OF REQUESTER
                                              Moussaoui

Part B- RESPONSE

**RECEIVED**

**JAN 23 2018**

**ADX AW Office**

_____          _____
DATE                                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE            CASE NUMBER: 929024-F1

                                                            CASE NUMBER: _____

Part C- RECEIPT
Return to: _____   _____   _____   _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____                  _____
DATE                                   RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                           BP-229(13)
                                                                  APRIL 1982

Name: MOUSSAOU
Reg. No.: 51427-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Office of the Clerk
U.S. District Court
901 19th Street Room A105
Denver CO 80294-3589