So make No Mistake

# MOUSSAOUI

Vs

Trump.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 09 2018
JEFFREY P. COLWELL
CLERK

in Denver Courthouse
case n° 1-17-cv-03160

Slave of ALLAH
Z M.

Also I petition Judge Hegarty to inform Military Commission Judge James Pohl Chief Prosecutor Mark Martin and the Defendant Lawyers (KSM, Attash, Baluchi, Ousawi) of my willingness to testify under oath on the Truth of 11/1 Attack and on all the Co conspirators as Trump & Co try to stop me. This letter was return to me on 02/27/18 with a Not deliverable sticker.

case n° 1-17-cv-03160

So In an Abundance of Caution I repeat this case n° 1-17-cv-03160 is against <u>Donald Trump</u>

This is <u>Not</u> against D.O.J, BOP, FBI, etc

This MOUSSAOUI v Trump

As 9/11 was an Act of War, it is the Commander in chief and chief Law Officer who is now trying To kill me to silence me about the Saoudi / CIA 9/11 Attack

Slave of ALLAH
Zacarias Moussaoui
so call 20th Hijacker
Enemy Combatant

meeting with me, ZM, in Norman, OK, in 2001 to order Mohamed Atta to attack the White House and the Pentagon.

Despite witnesses and co-conspirators, Babar Ahmed, Sawad Al Madani, "Sheir" Abu Hamza, Sadiq Khan (London Mayor), Imran Khan (Top UK Lawyer), Cat Steven, Richard Reid (Shoe Bomber), Atef Ahmed, Abu Zubayda, Ben Laden in law the Trump deny me access to Court and lawyer. J Well Dixon of the Centre of Constitutional Right (NY) and Thomas Wilner of Sherman & Sterling (DC).

Trump is engaged in an obstruction of 9/11 Justice and Psychological Torture by Solitary Detention (PTSD)

I petition this Court to hear me in Open Court and Order Trump to cease his PTSD against Me and this Court to inform Dixon & Wilner to visit me in Supermax.

Moussaoui

In the Name of ALLAH

Case N° 1-17-cv03160

Clarification Motion To Strike The Chef Law Officer: Donald Trump

MOUSSAOUI v Trump as Trump Tweets that he do what he want with the DOJ (Case N° 1:17-cv03160

Trump coverup the Saudi Bunce Turke and CIA-FBI Frank Pelligrino by exerting vicious Psychological Torture to break me and silence my true 9/11 account of Turke & Pelligrino



LM 18-051-004

Name: MOUSSAOUI
Reg No: 51427-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

Office of the Clerk
US District Court
901-19th Street, Room A105
Denver CO 80294-3589