In the Name of ALLAH
SUPERMAX PSYCHOLOGICAL
TORTURE a/k/a NO WATCH
NO TIME TO PRAY ON TIME
SUPERMAX TIME PROVOCATION
TO KILL TO SILENCE ON 9/11
COLLUSION: ROYAL SAUDIS
PAKISTANI GENERAL GUL, CIA
FBI, SADDAM HUSSEIN, USAMA
BIN LADEN and others
I petition for the Time

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 16 2018
JEFFREY P. COLWELL
CLERK

I petition to buy a Watch.
Supermax Deny me a Watch
Supermax Stole the two watch
I had. Trump Slave try
to provoke me to kill me.
FREEDOM OF RELIGION
IS FREEDOM TO PRAY ON
TIME. Judge Hegarty must Order my Watch back
$ 50 Billions Dollars Blood
Money by the Saudi Make
Amerikkka forget 9/11
TIME. I don't

Slave of ALLAH
Zacarias Moussaoui
So call 20th Hijacker
Natural Bern Terrorist

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 10 2018
JEFFREY P. COLWELL
CLERK

CM-18-057-002

Name: MOUSSAOUI
Reg No: 56223-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

Office of the Clerk
US District Court
901-19th Street Room A105
Denver CO 80294-3589

[APR 11 2018]

Administrative Maximum
P.O. Box 8500
Florence, CO 81226-6500

T... closed letter was ... through special
... ...dures for fo... ...g to you. The letter
has been ... ...pened nor in...ted ... writer
raises a c... ...ility
has j... ...erial
for f... ... writer
end... ...other
addressed, ... ... ... ... the above
address.